No. 11,395.

MILLER *v.* MILLER.

Decided December 7, 1925.

On motion to dismiss writ of error.

*Motion Denied.*

1.   DIVORCE AND ALIMONY — *Alimony—Contempt — Review.*    The Supreme court has jurisdiction to review an order adjudging a defendant in a divorce action guilty of contempt for failure to pay alimony, notwithstanding no decree of divorce had been granted against him.

*Error to the District Court of Garfield County, Hon. John T. Shumate, Judge.*

Mr. FRANK DELANEY, for plaintiff in error.

Mr. SAMUEL N. WHEELER, Mr. S. HARRISON WHITE, for defendant in error.

*Department Three.*

MR. JUSTICE SHEAFOR delivered the opinion of the court.

THE defendant in the court below prosecutes this writ

of error to review an order or judgment of the district court in an action for divorce adjudging him guilty of contempt in refusing to comply with an order of the court requiring him to pay temporary alimony.

The defendant in error has entered a special appearance herein and moves the court to dismiss the writ of error for the reason that no decree of divorce has been granted against the plaintiff in error, in this cause, and in the absence of such decree this court has no jurisdiction to review any order, judgment or decree made or entered by the trial court.

The motion to dismiss the writ is denied upon the authority of the following: *Chamberlain v. Chamberlain,* 66 Colo. 562, 564, 185 Pac. 354; *Diegel v. Diegel,* 73 Colo. 330, 333, 215 Pac. 143; *Perry v. Perry,* 74 Colo. 106, 209 Pac. 221; *Miller v. Miller,* 74 Colo. 143, 219 Pac. 783; *Hulquist v. Hulquist,* 77 Colo. 260, 236 Pac. 777.

MR. CHIEF JUSTICE ALLEN and MR. JUSTICE DENISON concur.